**ALAN BOWMAN**
Arizona Bar No. 006134
**TERRITORIAL LAW, L.L.C.**
113 West Giss Parkway
Yuma, Arizona 85364
Telephone: 928-783-8879
Fax: 928-329-1816
Email: abowman@territoriallaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **SERGIO SARABIA and MARIA SARABIA** husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA; UNITED STATES POSTAL SERVICE; SOONTAYA CAHILL,**<br><br>Defendants. | CASE No. _____<br><br>Jury Trial: YES<br><br>**COMPLAINT**<br><br>**(Federal Tort Claims Act)** |

Plaintiffs, Sergio Sarabia and Maria Sarabia by and through counsel undersigned, for their complaint against the Defendants, United States of America, United States Postal Service and Soontaya Cahill ("Defendants"), allege as follows:

1. At all times relevant herein, Plaintiffs, Sergio Sarabia and Maria Sarabia, were married and are residents of the state of Arizona.

2. This action arises under 28 U.S.C. § 2671 *et. seq.*, the Federal Court Tort Claims Act, and jurisdiction for this action arises under 28 U.S.C. § 346(b) and/or 28 U.S.C. § 1346(b). Venue is proper within the District of Arizona pursuant to 28 U.S.C. § 1402(b) because all acts referred to herein occurred within the District of Arizona.

3. Upon information and belief, the Department of the United States Postal Service is an establishment of the executive branch of Defendant U.S.A. pursuant to 39 U.S.C. § 101.1, et sec. The USPS under 39 U.S.C. § 401 was granted the power to sue and to be sued under its own name. (USPS).

1

4. Defendants, through the agents/employees of the United States Postal Service, Defendant, Soontaya Cahill has caused acts or events to occur within the State of Arizona which form the basis for the claims set forth herein.

5. Upon information and belief, at all times relevant hereto, Soontaya Cahill was an employee of and acting within the course and scope of his employment for the United States Postal Service, USA, defendants.

6. Defendants, USA and USPS are responsible for the negligent acts and/or omissions of Soontaya Cahill under the doctrine of *respondeat superior* and/or pursuant to 28 U.S.C. § 1346, 39 U.S.C. § 401.

7. The amount in controversy in this matter exceeds the minimum jurisdictional amount required for this Court's jurisdiction.

8. Plaintiffs, on August 10, 2020, provided Defendants with a proper and timely notice of their claim pursuant to the provisions of 28 C.F.R. Part 14 and/or 28 U.S.C. § 2675.

9. The Defendants have neither denied or accepted the foregoing claim and six months have expired from the date of that claim, which permits Plaintiffs to bring this action, which has been timely filed in accordance with the Federal Tort Claims Act.

10. That on August 27, 2019 at 12:38 p.m., Maria Sarabia was driving on S Ave B near W 22nd Street when A USPS employee, Soontaya Cahill crashed into her vehicle. Cahill was trying to turn left from the opposite curb lane across 5 lanes of traffic instead of being in the universal left turn lane. Maria was driving in the next lane over to the left of Cahill when he turned into her. Cahill was cited for an improper left turn in violation of ARS 28-751.2. Said driving by Soontaya Cahill was in violation of Arizona traffic safety statutes, which constitutes negligence *per se.* Mr. Cahill operated the vehicle with the authority of the United States Postal Service.

11. The above-mentioned collision was caused by the careless, negligent, and unlawful acts and/or omissions of Soontaya Cahill in the operation of the vehicle he was driving.

12. As a direct and proximate result of the careless, negligent, and unlawful acts and/or omissions of Soontaya Cahill, Plaintiff Maria Sarabia sustained severe and disabling bodily injuries and/or the aggravation of pre-existing injuries.

13. As a direct and proximate result of said collision, Plaintiffs have incurred expenses in

connection with medical care and treatment for Plaintiff, Maria Sarabia's injuries and will incur future medical expenses.

14. As a further proximate result of the conduct of the Defendants, and each of them, Plaintiff Maria Sarabia was prevented from attending her usual occupation and has thereby suffered a loss of income; Plaintiffs are informed and believes, and thereon allege, that by reason of said injuries herein alleged, Plaintiffs have suffered, and will continue in the future to suffer, a loss of earning capacity. The exact amount of such loss is unknown to Plaintiffs at this time and therefore Plaintiffs asks leave to prove and, if required by Court, to amend this Complaint to show the reasonable value of such loss of earnings and loss of earning capacity at time of trial.

15. As a direct and proximate result of said collision, Plaintiff Maria Sarabia has incurred general damages arising out of pain, suffering, disability and injury to her body.

16. Plaintiff, Sergio Sarabia has suffered a loss of consortium because of the severe and disability injuries to his wife, Plaintiff, Maria Sarabia.

**WHEREFORE**, Plaintiffs, Sergio Sarabia and Maria Sarabia pray for judgment against Defendants, as follows:

    1. For Plaintiffs' special damages, including but not limited to expenses incurred for medical care and treatment of Plaintiff, Maria Sarabia's injuries;

    2. For Plaintiff, Maria Sarabia's general damages;

    3. For interest, pre- and post-judgment;

    4. For Plaintiff, Sergio Sarabia's loss of consortium;

    5. For Plaintiffs' costs incurred herein; and

    6. For such other and further relief as the Court may deem just and proper.

**DATED** this 26th day of April 2021.

                                            TERRITORIAL LAW, L.L.C.

                                            By: *Alan Bowman*
                                                 Alan Bowman
                                                 113 West Giss Parkway
                                                 Yuma, Arizona 85364
                                                 Telephone: 928-783-8879
                                                 *Attorney for Plaintiffs*